IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| ABEL M. RAMON | § | |
| VS. | § | CIVIL ACTION NO. 1:13cv459 |
| DIRECTOR, TDCJ-CID | § | |

<u>MEMORANDUM OPINION REGARDING VENUE</u>

Petitioner Abel M. Ramon, an inmate confined in the Stiles Unit of the Texas Department of Criminal Justice, Correctional Institutions Division, filed this petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

<u>Discussion</u>

Petitioner states that in 2011 he was convicted of burglary of a habitation with the intent to commit assault, aggravated assault with a deadly weapon, possession of a controlled substance with the intent to deliver and unlawfully possessing a firearm after having been convicted of a felony in the 368th District of Williamson County, Texas. He received a 30 year sentence.

Petitioner filed this petition for writ of habeas corpus in the district in which he is currently confined. Pursuant to 28 U.S.C. § 2241(d), a petitioner may bring his petition for writ of habeas corpus in the district in which he was convicted or the district in which he is incarcerated. Section 2241(d) further provides that the district court in the exercise of its

discretion may transfer the action to the other district in the furtherance of justice.

Petitioner was convicted in Williamson County, Texas. Pursuant to 28 U.S.C. § 124, Williamson County is in the Austin Division of the Western District of Texas. As all records and witnesses involving this action may be located in the Western District, the transfer of this action to such district would further justice.

Accordingly, this case should be transferred to the Austin Division of the United States District Court for the Western District of Texas. A Transfer Order shall be entered in accordance with this Memorandum Opinion.

**SIGNED** this 19 day of July, 2013.

KEITH F. GIBLIN
UNITED STATES MAGISTRATE JUDGE